Probation Form No. 34
(1/92)

Report and Order Terminating Probation / Supervised Release

## UNITED STATES DISTRICT COURT
### for the
### Western District Of North Carolina

UNITED STATES OF AMERICA

Vs.

Cheryl Wright Garren
Crim. No: 0419 1:02CR00080-002

The above named has complied with the conditions of Probation/TSR imposed by the order of the court on 7/2/2002 . Therefore, the period of Probation/TSR expired on 7/1/2007, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

*Stephen D. Cook*
Stephen D. Cook
U.S. Probation Officer